IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HENRY A. HARMON**                                                                                    **PLAINTIFF**
**ADC #103609**

**V.**                                        **NO.  4:06cv00740 GTE**

**DR. CARL JOHNSON, et al**                                                               **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Defendant Dr. Carl Johnson's motion for summary judgment (docket entry #67) is hereby granted and Plaintiff's case is dismissed in its entirety.  Dismissal against Defendant Carl Johnson is with prejudice.  All pending motions are denied as moot.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this order adopting the recommendations, and any judgment entered hereunder, would not be taken in good faith.  Further, this dismissal counts as a "strike" as frivolous pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 17th day of December, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE