## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**HENRY A. HARMON**                                                                                    **PLAINTIFF**
**ADC #103609**

**V.**                                    **NO. 4:06cv00740 GTE**

**DR. CARL JOHNSON, et al**                                                                            **DEFENDANTS**

### JUDGMENT

In accordance with the Court's Order entered this date and pursuant to the Order entered February 18, 2007 (docket entry #22), judgment is hereby entered dismissing Plaintiff's complaint in its entirety, with prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its orders and this judgment entered thereunder would not be taken in good faith.

IT IS SO ORDERED this 17th day of December, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE